

# Fourth Court of Appeals
## San Antonio, Texas

July 1, 2016

No. 04-16-00189-CV

Maryann **CASTRO**,
Appellant

v.

**MLB SUB I, LLC**,
Appellee

From the County Court, Atascosa County, Texas
Trial Court No. 4343
Honorable Lynn Ellison, Judge Presiding

# O R D E R

After we remanded this cause to the trial court for it to determine whether Appellant is indigent or her appeal is frivolous, the trial court determined that Appellant is indigent but her appeal is frivolous. *See Garza v. Garza*, 155 S.W.3d 471, 477 (Tex. App.—San Antonio 2004, no pet.); *De La Vega v. Taco Cabana, Inc.*, 974 S.W.2d 152, 154 (Tex. App.—San Antonio 1998, no pet.). Therefore, she is not entitled to a free record on appeal. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 13.003 (West 2002); *De La Vega*, 974 S.W.2d at 154–55.

On May 23, 3016, we reinstated this appeal and ordered Appellant to file (1) written proof with this court by June 2, 2016, that the reporter's fee has been paid or arrangements have been made to pay the reporter's fee, or (2) her brief with this court by June 22, 2016. We advised Appellant that if she failed to file a reporter's record, the court would only "consider and decide those issues or points [raised in Appellant's brief] that do not require a reporter's record for a decision." *See* TEX. R. APP. P. 37.3(c). To date, Appellant has not filed either (1) written proof that the reporter's fee has been paid or (2) her brief.

We ORDER Appellant to show cause in writing within TEN DAYS from the date of this order why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal may be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of July, 2016.

_____
Keith E. Hottle
Clerk of Court